# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>RICHARD LEE TRIMMER,<br><br>　　　　　Defendant. | 2:97-CR-00088-PMP-RJJ<br><br>**ORDER** |

The Court this date received a report concerning the current mental status of Defendant Richard Trimmer dated December 17, 2010. The report concludes that Defendant Trimmer continues to manifest a major mental illness and is in need of continued inpatient psychiatric treatment. The report further concludes that Defendant Trimmer poses a substantial risk to others or the property of others due to his mental illness, and recommends his continued hospitalization under Title 18, U.S.C. § 4243. The Court concurs.

**IT IS THEREFORE ORDERED that** the recommendation of the U.S. Department of Justice Federal Bureau of Prisons, U.S. Medical Center for Federal Prisoners set forth in the Risk Assessment Review Report dated December 6, 2010, is hereby approved.

/ / /

**IT IS FURTHER ORDERED that** if counsel for Plaintiff United States or Defendant wish to raise additional issues concerning the Risk Assessment Review Report of December 6, 2010, they shall do so within 21 days from the date of this Order.

DATED: December 28, 2010.

_____
PHILIP M. PRO
United States District Judge