UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>RICHARD LEE TRIMMER,<br><br>            Defendant. | 2:97-CR-00088-PMP-RJJ<br><br>ORDER |

IT IS ORDERED that the attached letter from the U.S. Medical Center for Federal Prisoners dated January 4, 2013 shall be filed, and that the attached "Risk Assessment Review Report" dated November 28, 2012, shall be filed under seal.

IT IS FURTHER ORDERED that counsel shall file any motions for relief based upon the attached report no later than February 14, 2013.

DATED: January 14, 2013

_____
PHILIP M. PRO
United States District Judge