**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RICHARD TRIMMER,<br><br>　　　　　Defendant. | Case No. 2:97-CR-00088-RFB<br><br>**ORDER** |

　　　　Based on the Findings and Conclusions of the Court following the hearing on this matter,

　　　　IT IS THEREFORE ORDERED that the Federal Medical Center in Rochester, Minnesota complete the Annual Risk Evaluation for 2016 of inmate Richard Trimmer, and in so doing, make a specific finding under Title 18, United States Code, Section 4243(f), and include those findings in the Report.

　　　　IT IS FURTHER ORDERED, that the Annual Risk Evaluation for 2016 specifically address the following:

1.　　With reference to specific, recent facts, please explain whether or not the Defendant, Richard Trimmer, has recovered from his mental disease or defect to such an extent that his release would no longer create a substantial risk of bodily injury to another person, or serious damage to the property of another.

2.　　With reference to specific, recent facts, please explain whether his conditional release under a prescribed regimen of medical, psychiatric, or psychological care or treatment would no longer create a substantial risk of bodily injury to another person or serious damage to property of another.

3.　　What conditions would the Risk Assessment Panel impose, if any, that could address their concerns if the Defendant, Richard Trimmer were conditionally released?

3

## ORDER

The Annual Risk Assessment incorporating the responses to the Court's concerns should be furnished to the Court as soon as possible, but not later than 30 days from the entry of this Order, unless the Court, for good cause shown, permits a later date.

DATED this <u>14th</u> of December, 2016.



RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE