RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org
Attorney for Richard Lee Trimmer

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RICHARD LEE TRIMMER,<br><br>    Defendant. | Case No. 2:97-cr-00088-RFB<br><br>**ORDER FOR CONDITIONAL RELEASE** |

On November 14, 2017, this Court granted an Order of Conditional Release under 18 U.S.C. § 4243(f) for Mr. Trimmer to reside at Unlimited Possibilities subject to specified conditions. ECF No. 163. On February 12, 2018, the United States Probation Office filed a petition alleging Mr. Trimmer violated conditions of his conditional release. ECF No. 164.

On March 1, 2018, this Court held a revocation hearing regarding the allegations in the petition. ECF No. 175. The Court will hold the petition in abeyance and <u>orders</u> Mr. Trimmer's immediate conditional release to Unlimited Possibilities (located at 1014 North 4th Street, Las Vegas, Nevada 89101).

The Court further <u>orders</u> Mr. Trimmer to follow the same conditions previously imposed in its prior Order, *see* ECF No. 163, and adds the following condition: (1) upon Mr. Trimmer's

return to Unlimited Possibilities, he must be placed on lock-down status for forty-five (45) days in order to allow his medications to take effect.

DATED this 2nd day of March, 2018.



RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE