RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org

Attorney for Richard Lee Trimmer

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD LEE TRIMMER,<br><br>Defendant. | Case No. 2:97-cr-00088-RFB<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Patrick Burns, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Richard Lee Trimmer, that the Revocation Hearing currently scheduled on May 4, 2018 at 2:00 pm, be vacated and continued to a date and time convenient to the Court, but no sooner than seven (7) days.

This Stipulation is entered into for the following reasons:

1. This matter was previously scheduled for May 3, 2018, and as a result, defense counsel made arrangements to travel to Pahrump to visit clients at the Nevada Southern Detention Center on Friday, May 4, 2018. Mr. Trimmer's hearing was recently rescheduled to

May 4, 2018. ECF No. 189. Undersigned counsel will be out of the jurisdiction on May 4, 2018, visiting with clients in Pahrump, and respectfully requests a continuance of the hearing.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 3rd day of May, 2018.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
| By  */s/ Nisha Brooks-Whittington*<br>NISHA BROOKS-WHITTINGTON<br>Assistant Federal Public Defender | By  */s/ Patrick Burns*<br>PATRICK BURNS<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:97-cr-00088-RFB |
| Plaintiff, | **ORDER** |
| v. | |
| RICHARD LEE TRIMMER, | |
| Defendant. | |

IT IS ORDERED that the revocation hearing currently scheduled for Friday, May 4, 2018 at 2:00 p.m., be vacated and continued to May 11, 2018 at the hour of 1 : 30 p .m.

DATED this 3rd day of May, 2018.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE