RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org

Attorney for Richard Lee Trimmer

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>RICHARD LEE TRIMMER,<br><br>    Defendant. | Case No. 2:97-cr-00088-RFB<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Patrick Burns, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Richard Lee Trimmer, that the Revocation Hearing currently scheduled on June 1, 2018 at 2:00 pm, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. On May 11, 2018, this Court granted defense counsel's oral request to continue the revocation hearing. ECF No. 193. The Court further directed the probation department to make inquiries on behalf of Mr. Trimmer and provide a list of facilities to defense counsel that

may work with the defendant. *Id*. The U.S. Probation Office provided defense counsel with a list of facilities that may be able to provide services to Mr. Trimmer. However, defense counsel needs additional time to inquire with the facilities provided by the Probation Office and to conduct further research to locate other facility that may be able to work with Mr. Trimmer.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 30th day of May, 2018.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
| */s/ Nisha Brooks-Whittington*<br>By_____<br>NISHA BROOKS-WHITTINGTON<br>Assistant Federal Public Defender | */s/ Patrick Burns*<br>By_____<br>PATRICK BURNS<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:97-cr-00088-RFB |
| Plaintiff, | **ORDER** |
| v. | |
| RICHARD LEE TRIMMER, | |
| Defendant. | |

IT IS ORDERED that the revocation hearing currently scheduled for Friday, June 1, 2018 at 2:00 p.m., be vacated and continued to July 5, 2018 at the hour of 1:30 p.m.

DATED this 30th day of May, 2018.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE