# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>RICHARD LEE TRIMMER,<br><br>    Defendant. | Case No. 2:97-cr-00088-RFB<br><br>**ORDER** |

Defendant Richard Lee Trimmer appeared before this Court on July 5, 2018 for a final hearing on Revocation of Conditional Release. Patrick Burns appeared on behalf of the United States and Nisha Brooks-Whittington of the Federal Public Defender's Office appeared on behalf of Mr. Trimmer. Mr. Trimmer had previously been released pursuant to 18 U.S.C. §§ 4243(f) and 4247(h). At the hearing Mr. Trimmer demonstrated clear and observable mental difficulties in terms of comprehension and other cognitive functioning. Counsel at the hearing did not dispute the Court's observations which were made on the record. It was unclear if Mr. Trimmer's difficulties may have arisen from issues with his medication or other changes to his treatment regimen.

Based on the Court's observations and the request of defense counsel at the July 5, 2018 hearing, and good cause appearing therefore, the Court finds and orders that:

1. Due to concerns about Defendant Trimmer's competency to participate in the hearing on the petition to revoke his conditional release, he is hereby remanded to the custody of the Bureau of Prisons (BOP) for an evaluation of his competency to participate in the revocation hearing pursuant to 18 U.S.C. §§ 4241 and 4247.

2. The BOP is ordered to furnish this Court with a written report and evaluation of Trimmer's competency to participate in further proceedings. The BOP is directed, to the extent possible, to involve medical/psychological professionals in Mr. Trimmer's evaluation who have previously been involved with treating and/or diagnosing him. Whoever is involved with the evaluation must review and incorporate into the evaluation prior evaluations and diagnoses of Mr. Trimmer.

3. The written report and evaluation should be completed and furnished to this Court within two months of Trimmer arriving at the appropriate BOP facility.

DATED: July 11, 2018.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE