RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org
Attorney for Richard Lee Trimmer

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>RICHARD LEE TRIMMER,<br><br>          Defendant. | Case No. 2:97-cr-00088-RFB<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Richard Anthony Lopez, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Richard Lee Trimmer, that the Status Conference currently scheduled on May 21, 2020 at 1:30 p.m., be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel needs additional time to review and discuss the case with Mr. Trimmer before the status check hearing.

2. The parties agree to the continuance.

1     This is the first request for a continuance of the Status Conference.

2     DATED this 18th day of May, 2020.

3

4 RENE L. VALLADARES               NICHOLAS A. TRUTANICH
   Federal Public Defender               United States Attorney

5

6     */s/ Nisha Brooks-Whittington*             */s/ Richard Anthony Lopez*
   By_____        By_____

7 NISHA BROOKS-WHITTINGTON       RICHARD ANTHONY LOPEZ
   Assistant Federal Public Defender         Assistant United States Attorney

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>RICHARD LEE TRIMMER,<br><br>          Defendant. | Case No. 2:97-cr-00088-RFB<br><br>**ORDER** |

  IT IS ORDERED that the Status Conference currently scheduled for Thursday, May 21, 2020 at 1:30 p.m., be vacated and continued to  August 6, 2020  at the hour of 11 : 00 a .m.

  DATED this 18th day of May, 2020.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

3