RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org
Attorney for Richard Lee Trimmer

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>         v.<br><br>RICHARD LEE TRIMMER,<br><br>         Defendant. | Case No. 2:97-cr-00088-RFB<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Richard Anthony Lopez, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Richard Lee Trimmer, that the Status Conference currently scheduled on August 6, 2020 at 11:00 a.m., be vacated and continued to a date and time convenient to this Court, but no sooner than 120 days.

This Stipulation is entered into for the following reasons:

1.      On December 2, 2019, the Warden of the Federal Medical Center in Rochester, Minnesota provided this Court with a Risk Assessment Report concerning Mr. Trimmer. The report was dated October 29, 2019. At that time, the risk assessment panel recommended

Mr. Trimmer's continued incarceration for the reasons provided in the report. Pursuant to 18 U.S.C. section 4247(e)(1)(B), an annual Risk Assessment Report is due on or about October 29, 2020.

2. In light of the upcoming due date for the annual Risk Assessment Report, the parties request a continuance of the status check hearing to allow the parties time to receive and review the report before making any recommendations concerning Mr. Trimmer.

3. Additionally, defense counsel requests a continuance to allow counsel additional time to review the case and research available programming and housing options for Mr. Trimmer for this Court to consider at the next hearing.

4. Mr. Trimmer is in custody and agrees with a continuance.

5. The parties agree to the continuance.

This is the second request for a continuance of the Status Conference.

DATED this 28th day of July, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Nisha Brooks-Whittington*<br>By_____<br>NISHA BROOKS-WHITTINGTON<br>Assistant Federal Public Defender | */s/ Richard Anthony Lopez*<br>By_____<br>RICHARD ANTHONY LOPEZ<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RICHARD LEE TRIMMER,<br><br>　　　　Defendant. | Case No. 2:97-cr-00088-RFB<br><br>**ORDER** |

IT IS ORDERED that the Status Conference currently scheduled for Thursday, August 6, 2020 at 11:00 a.m., is vacated and continued to  December 16, 2020  at  10:00 AM .

DATED this 29th day of  July , 2020.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE