CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar No. 14853
JESSICA OLIVA
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6268
Fax: (702) 388-6418
jessica.oliva@usdoj.gov
*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>RICHARD LEE TRIMMER,<br><br>　　　　　　Defendant. | Case No. 2:97-CR-00088-RFB<br><br>**Stipulation and Proposed Order to Continue Status Conference** |

　　　　It is hereby stipulated and agreed, by and between Christopher Chiou, Acting United States Attorney, through Jessica Oliva, Assistant United States Attorney, and Nisha Brooks-Whittington, Assistant Federal Public Defender and counsel for Defendant Richard Lee Trimmer, that the status conference set in this case for May 31, 2022 at 10 a.m., be vacated and set to a date and time convenient to this Court, but no sooner than September 26, 2022.

　　　　The parties stipulate to continue the status conference for the following reasons:

　　　　On November 30, 2021, the Court held a status conference in this case and determined that conditional release was not appropriate at that time. *See* ECF No. 237. The parties understand that Mr. Trimmer's condition has not since materially improved.

Mr. Trimmer's next annual risk assessment is scheduled to begin in August 2022. By continuing the status conference to the end of September, the parties and the Court will have the benefit of being able to review the annual risk assessment report prior to the status conference.

DATED this 22nd day of April, 2022.

Respectfully submitted,

| | |
|---|---|
| RENE L. VALLADERES | CHRISTOPHER CHIOU |
| Federal Public Defender | Acting United States Attorney |
| | |
| */s/ Nisha Brooks-Whittington* | */s/ Jessica Oliva* |
| NISHA BROOKS-WHITTINGTON | JESSICA OLIVA |
| Assistant Federal Public Defender | Assistant United States Attorney |
| Counsel for Defendant | |
| Richard Lee Trimmer | |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>RICHARD LEE TRIMMER,<br><br>  Defendant. | Case No. 2:97-CR-00088-RFB |

**[Proposed] Order Granting Stipulation to Continue Status Conference**

The Status Conference set for May 31, 2022, at 10 a.m. in this case is hereby vacated and reset to _____October 6, 2022_____ at _9:00 AM___ in Courtroom 7C.

DATED this 26th day of April, 2022.

_____
HONORABLE RICHARD F. BOULWARE
UNITED STATES DISTRICT JUDGE