RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org
Attorney for Richard Lee Trimmer

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>RICHARD LEE TRIMMER,<br><br>          Defendant. | Case No. 2:97-cr-00088-RFB<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Jessica Oliva, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Richard Lee Trimmer, that the Status Conference currently scheduled on October 6, 2022 at 9:00 a.m., be vacated and continued to a date and time convenient to this Court, but no sooner than 30 days.

This Stipulation is entered into for the following reasons:

1. On September 20, 2022, this Court and the parties received a Forensic Psychological Report concerning Mr. Trimmer. The report was dated September 19, 2022.

2. Defense counsel requests additional time to schedule a visit with Mr. Trimmer to discuss the Report and to further review the report prior to a status conference.

3. The parties agree to the continuance.

This is the second request for a continuance of the Status Conference.

DATED this 3rd day of October, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|    */s/ Nisha Brooks-Whittington*<br>By_____<br>NISHA BROOKS-WHITTINGTON<br>Assistant Federal Public Defender |    */s/ Jessica Oliva*<br>By_____<br>JESSICA OLIVA<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RICHARD LEE TRIMMER,<br><br>    Defendant. | Case No. 2:97-cr-00088-RFB<br><br>**ORDER** |

   IT IS ORDERED that the Status Conference currently scheduled for Thursday, October 6, 2022, at 9:00 a.m., is vacated and continued to  November 8, 2022  at  11:00 AM  .

   DATED this 3rd day of October 2022.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

3