RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org
Attorney for Richard Lee Trimmer

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:97-cr-00088-RFB |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE** |
| v. | (Third Request) |
| RICHARD LEE TRIMMER, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Jessica Oliva, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Richard Lee Trimmer, that the Status Conference currently scheduled on November 9, 2022 at 9:00 a.m., be vacated and continued to a date and time convenient to this Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel requests additional time to prepare for the status conference hearing. Further, counsel anticipates filing a motion for a hearing under 18 U.S.C. § 4247(h) to determine whether Mr. Trimmer should be discharged. At such a hearing, Mr. Trimmer is afforded the opportunity to testify, present evidence, subpoena witnesses on his behalf, and to

confront and cross-examine witnesses who appear at the hearing.  Once that motion is filed, counsel will request the Court set that hearing at the same time as the status conference hearing.

      2.      The parties agree to the continuance.

This is the third request for a continuance of the Status Conference.

DATED this 8th day of November 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|    */s/ Nisha Brooks-Whittington*<br>By_____<br>NISHA BROOKS-WHITTINGTON<br>Assistant Federal Public Defender |    */s/ Jessica Oliva*<br>By_____<br>JESSICA OLIVA<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:97-cr-00088-RFB |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| RICHARD LEE TRIMMER, | |
| Defendant. | |

    IT IS ORDERED that the Status Conference currently scheduled for Wednesday, November 9, 2022, at 9:00 a.m., is vacated and continued to __January 10, 2023__ at __11:00 AM__.

    DATED this 8th day of November 2022.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

3