SIGAL CHATTAH
Acting United States Attorney
Nevada Bar Number 8264
JESSICA OLIVA
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6418
jessica.oliva@usdoj.gov
*Attorneys for the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>RICHARD LEE TRIMMER,<br><br>        Defendant. | Case No. 2:97-CR-00088-RFB<br><br>**Stipulation and Proposed Order to Continue Status Conference** |

It is hereby stipulated and agreed, by and between Sigal Chattah, Acting United States Attorney, through Jessica Oliva, Assistant United States Attorney, and Rene L. Valladeres, Federal Public Defender, through Nisha Brooks-Whittington, Assistant Federal Public Defender and counsel for Defendant Richard Lee Trimmer, that the status conference set in this case for November 7, 2025 at 11 a.m., be vacated and set to a date and time convenient to this Court, but no sooner than thirty (30) days.

The parties stipulate to continue the status conference for the following reasons:

On November 4, 2025, Mr. Trimmer filed a Motion to Recommend Modification of Treatment Plan (ECF No. 262, filed under seal). This motion requests the Court to make recommendations to the Bureau of Prisons to make specified modifications to Mr.

Trimmer's course of mental health treatment. In support of this request, Mr. Trimmer attaches a letter from Forensic Psychiatrist Melissa Piasecki, MD to Mr. Trimmer's counsel. The deadline for the government to respond to this Motion is November 18, 2025.

In order to provide BOP sufficient time to assess the proposed modifications prior to the status conference, and in order to allow government counsel sufficient time to research and respond to this motion prior to the status conference, the parties stipulate to continue Mr. Trimmer's status conference.

DATED this 5th day of November, 2025.

Respectfully submitted,

| | |
|---|---|
| RENE L. VALLADERES<br>Federal Public Defender | SIGAL CHATTAH<br>Acting United States Attorney |
| /s/ Nisha Brooks-Whittington<br>NISHA BROOKS-WHITTINGTON<br>Assistant Federal Public Defender<br>Counsel for Defendant<br>Richard Lee Trimmer | /s/ Jessica Oliva<br>JESSICA OLIVA<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:97-CR-00088-RFB |
| Plaintiff, | |
| v. | |
| RICHARD LEE TRIMMER, | |
| Defendant. | |

**[Proposed] Order Granting Stipulation to Continue Status Conference**

The Status Conference set for November 7, 2025, at 11 a.m. in this case is hereby vacated and reset to December 12, 2025 at 12:15 p.m. Mr Trimmer and Bureau of Prison's physicians and representatives may appear via video conferencing. All others in person.

DATED this <u>6th</u> day of November, 2025.

HONORABLE RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE
